25CR 88
COURT EXHIBIT
USA v. Manuchekhri

(4)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MANSURI MANUCHEKHRI,

Defendant.

**VERDICT FORM**
25-CR-0088 (HG)

**COUNT ONE**
**CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION**

**As to Count One, how do you find the defendant MANSURI MANUCHEKHRI?**

Not Guilty __________ Guilty ✓

**COUNT TWO**
**CONSPIRACY TO POSSESS FIREARMS AND AMMUNITION AS A PROHIBITED PERSON**

**As to Count Two, how do you find the defendant MANSURI MANUCHEKHRI?**

Not Guilty __________ Guilty ✓

**COUNT THREE**
**POSSESSION OF A FIREARM BY A PROHIBITED PERSON**

**As to Count Three, how do you find the defendant MANSURI MANUCHEKHRI?**

Not Guilty __________ Guilty ✓

**COUNT FOUR**
**FALSE STATEMENTS**

**As to Count Four, how do you find the defendant MANSURI MANUCHEKHRI?**

Not Guilty __________ Guilty ✓

Dated: Brooklyn, New York
11|17, 2026

Theo Gianakos
FOREPERSON