UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

- against -

Criminal Docket. No. 25-CR-88 (HG)

MANSURI MANUCHEKHRI,
also known as "Mansuri Manchekhri"
and "Manysher,"

Defendant.

– – – – – – – – – – – – – – – – X

THE GOVERNMENT'S EXHIBIT LIST

| GX | Description |
|---|---|
| 1 | Photograph of Mansuri Manuchekhri |
| 3 | Photograph of Umed Shamsiev |
| 20-1 | Photograph of Mansuri Manuchekhri Residence |
| 20-2 | Photograph of Mansuri Manuchekhri Residence |
| 20-3 | Photograph of Mansuri Manuchekhri Residence |
| 20-4 | Photograph of Mansuri Manuchekhri Residence |
| 20-5 | Photograph of Mansuri Manuchekhri Residence |
| 20-6 | Photograph of Mansuri Manuchekhri Residence |
| 20-7 | Photograph of Mansuri Manuchekhri Residence |
| 21 | Sketch of Mansuri Manuchekhri Residence |
| 22 | Handwritten Notes Recovered from Mansuri Manuchekhri Residence |
| 22-S | Scan of Handwritten Notes Recovered from Mansuri Manuchekhri Residence |
| 22-T | Translation of Handwritten Notes Recovered from Mansuri Manuchekhri Residence |
| 23 | Passport Recovered from Mansuri Manuchekhri Residence |
| 23-S | Scan of Passport Recovered from Mansuri Manuchekhri Residence |
| 25 | Vila-Manuchekhri Address Card Recovered from Mansuri Manuchekhri Residence |
| 25-S | Scan of Vila-Manuchekhri Address Card Recovered from Mansuri Manuchekhri Residence |
| 30 | Photograph of Property from Mansuri Manuchekhri Residence |
| 102 | Manuchekhri iPhone Preliminary Device Report |
| 104 | Manuchekhri Chat with 15517228253 (Humeyra) |
| 105-T | Translation of Manuchekhri Chat with 19299090039 (Ak Abdusamar) |
| 105A | Attachment to Manuchekhri Chat with 19299090039 (Ak Abdusamar) |
| 106-T | Translation of Manuchekhri Chat with 13478803867 (Grg) |
| 106A | Attachment to Manuchekhri Chat with 13478803867 (Grg) |
| 106C | Attachment to Manuchekhri Chat with 13478803867 (Grg) |
| 107 | Report of Photograph of Mansuri Manuchekhri from Manuchekhri iPhone (February 27, 2022) |
| 107-1 | Photograph of Mansuri Manuchekhri from Manuchekhri iPhone (February 27, 2022) |
| 109-T | Translation of Contacts from Manuchekhri iPhone |
| 110 | Report of Photograph of Firearm from Manuchekhri iPhone |
| 110-1 | Photograph of Firearm from Manuchekhri iPhone |
| 111 | Report & Photographs of Wedding from Manuchekhri iPhone |
| 113 | Manuchekhri Chat with 15512434343 with License |
| 114 | Manuchekhri Chat with 15512434343 with Visa Lottery |
| 115 | Manuchekhri Chat with 15512434343 with Documentary |
| 117 | iLEAPP Apps – Uninstalled Report from Manuchekhri iPhone |
| 118 | iLEAPP Apps – Uninstalled Report Logs from Manuchekhri iPhone |
| 119 | February 26, 2025 Timeline from Manuchekhri iPhone |
| 122 | February 26, 2025 Excerpt of Call Log from Manuchekhri iPhone |
| 123 | February 26, 2025 Manuchekhri Chat with -8756 |

| | |
|---|---|
| 125 | Report of Video from Manuchekhri iPhone ("The Great Slander: They Accuse Us of Being Kharijites") |
| 125-2T | Translation of Excerpt of Video from Manuchekhri iPhone ("The Great Slander: They Accuse Us of Being Kharijites") |
| 125-3T | Translation of Excerpt of Video from Manuchekhri iPhone ("The Great Slander: They Accuse Us of Being Kharijites") |
| 125-4T | Translation of Excerpt of Video from Manuchekhri iPhone ("The Great Slander: They Accuse Us of Being Kharijites") |
| 125-5T | Translation of Excerpt of Video from Manuchekhri iPhone ("The Great Slander: They Accuse Us of Being Kharijites") |
| 125-6T | Translation of Excerpt of Video from Manuchekhri iPhone ("The Great Slander: They Accuse Us of Being Kharijites") |
| 125-7T | Translation of Excerpt of Video from Manuchekhri iPhone ("The Great Slander: They Accuse Us of Being Kharijites") |
| 125-8T | Translation of Excerpt of Video from Manuchekhri iPhone ("The Great Slander: They Accuse Us of Being Kharijites") |
| 125-9T | Translation of Excerpt of Video from Manuchekhri iPhone ("The Great Slander: They Accuse Us of Being Kharijites") |
| 125-10T | Translation of Excerpt of Video from Manuchekhri iPhone ("The Great Slander: They Accuse Us of Being Kharijites") |
| 125-11T | Translation of Excerpt of Video from Manuchekhri iPhone ("The Great Slander: They Accuse Us of Being Kharijites") |
| 125-12T | Translation of Excerpt of Video from Manuchekhri iPhone ("The Great Slander: They Accuse Us of Being Kharijites") |
| 128-T | Translation of Nasheed from Manuchekhri iPhone |
| 128-1 | Nasheed from Manuchekhri iPhone |
| 129 | Report of Gun Range Videos from Manuchekhri iPhone |
| 129-1 | Gun Range Video from Manuchekhri iPhone |
| 129-2 | Gun Range Video from Manuchekhri iPhone |
| 130-1 | Gun Range Photograph from Manuchekhri iPhone |
| 130-4 | Gun Range Photograph from Manuchekhri iPhone |
| 132-1 | Gun Range Photograph from Manuchekhri iPhone |
| 132-4 | Gun Range Photograph from Manuchekhri iPhone |
| 133-1 | Gun Range Video from Manuchekhri iPhone |
| 134 | Report of Gun Range Photographs from Manuchekhri iPhone |
| 134-1 | Gun Range Photograph from Manuchekhri iPhone |
| 134-2 | Gun Range Photograph from Manuchekhri iPhone |
| 134-3 | Gun Range Photograph from Manuchekhri iPhone |
| 134-4 | Gun Range Photograph from Manuchekhri iPhone |
| 135-1 | Gun Range Video from Manuchekhri iPhone |
| 136-5 | Gun Range Photograph from Manuchekhri iPhone |
| 137-7 | Gun Range Video from Manuchekhri iPhone |
| 171 | Manuchekhri iCloud Preliminary Report |
| 172-T | Translation of Manuchekhri Chat with 19295051991 (Umed Money) |
| 173-T | Translation of Manuchekhri Chat with 13473002080 (Akai Umedjon) |
| 174-T | Translation of Manuchekhri Chat with 13473002080 |

| | |
|---|---|
| 175-T | Translation of Manuchekhri Chat with 79202727094 (Abdulvadud) |
| 175-1 | Attachments to Manuchekhri Chat with 79202727094 (Abdulvadud) |
| 175M43 | Attachment to Manuchekhri Chat with 79202727094 (Abdulvadud) |
| 175M67 | Attachment to Manuchekhri Chat with 79202727094 (Abdulvadud) |
| 175-2T | Translation of Excerpt of Manuchekhri Chat with 79202727094 (Abdulvadud) |
| 176-T | Translation of Manuchekhri Chat with 79296337110 (Забар) |
| 191 | Manuchekhri Instagram Subscriber Information |
| 193-T | Translation of Manuchekhri Instagram Chat with User "rauf_live" |
| 202 | Shamsiev Preliminary Device Report |
| 203-T | Translation of Shamsiev Chat with 79202727094 (Muhammadjon Turkey) |
| 204-T | Translation of Shamsiev Chat with 79296337110 (Забар) |
| 205-T | Translation of Shamsiev Chat with 905525990794 (al bara) |
| 206-T | Translation of Contacts from Shamsiev iPhone |
| 252 | Ulamoi_Rabboni Instagram Profile |
| 253-1T | Translation of Video from Ulamoi_Rabboni Instagram |
| 253-2T | Translation of Video from Ulamoi_Rabboni Instagram |
| 253-3T | Translation of Video from Ulamoi_Rabboni Instagram |
| 254-T | Translation of Video from Ulamoi_Rabboni Instagram |
| 255-T | Translation of Video from Ulamoi_Rabboni Instagram |
| 256 | Video from Ulamoi_Rabboni Instagram |
| 258 | Video from Ulamoi_Rabboni Instagram |
| 259-1T | Translation of Video (Styopa) from Ulamoi_Rabboni Instagram |
| 259-3 | Instagram Record of Video (Styopa) from Ulamoi_Rabboni Instagram |
| 301-2 | Records from Bank of America (Shamsiev Signature Card) |
| 301-4 | Records from Bank of America (Tajero USA Inc. Signature Card) |
| 302-1 | Records from JP Morgan Chase (Turan Global Inc. Signature Card) |
| 302-3 | Records from JP Morgan Chase (Aslam TJ LLC Signature Card) |
| 302-5 | Records from JP Morgan Chase (Manuchekhri Signature Card) |
| 304-2 | Records from MoneyGram (Shamsiev Family) |
| 305-2 | Records from MoneyGram (Shamsiev) |
| 307-1 | Records from Ria Money Transfer (Shamsiev Family) |
| 307-2 | Records from Ria Money Transfer (Shamsiev Family) |
| 308-1 | Records from Ria Money Transfer (Shamsiev) |
| 310-1 | Records from Western Union (Shamsiev Family) |
| 311-1 | Records from Western Union (Shamsiev) |
| 312-3 | Records from Zelle (Shamsiev) |
| 313-1 | Records from Amazon (Manuchekhri) |
| 314-2 | Records from Apple (Manuchekhri) |
| 314-7 | Records from Apple (Manuchekhri) |
| 315-1 | Records from Google (Manuchekhri) |
| 315-2 | Records from Google (Manuchekhri) |
| 316-3 | Records from Verizon (Manuchekhri) |
| 317-1 | Records from WhatsApp (Manuchekhri) |

| | |
|---|---|
| 318-1 | Records from Rain City Shooting Center (Manuchekhri & Samar) |
| 319-1 | Records from Range USA Shooting Range (Manuchekhri & Sufiev) |
| 320-1 | Records from RTSP Shooting Range (Manuchekhri) |
| 320-2 | Records from RTSP Shooting Range (Mardon Sharipov) |
| 320-3 | Records from RTSP Shooting Range (Invoice) |
| 321-1 | Records from National Grid NY (Manuchekhri) |
| 403 | Manuchekhri 2016 Visa |
| 404 | U.S. Customs and Border Protection I-94 Visa |
| 405 | U.S. Citizenship and Immigration Services ("USCIS") I-485 Application to Adjust Status |
| 406 | USCIS Form I-864 Affidavit of Support (Vila) |
| 407 | USCIS Form I-130 Petition for Alien Relative (Vila) |
| 408 | USCIS Form I-130A Supplemental Information for Spouse Beneficiary (Manuchekhri) |
| 409 | USCIS Forms I-325A Biographic Information (Manuchekhri & Vila) |
| 410 | USCIS Form I-797C Notice of Action: Request for Applicant Interview |
| 411 | USCIS Form I-360 (VAWA) Supporting Materials |
| 412 | USCIS Form I-360 (VAWA) Manuchekhri Affidavit |
| 413 | USCIS Form I-360 Manuchekhri VAWA Application |
| 414 | USCIS Request for Evidence |
| 415 | USCIS Notice of Intent to Deny |
| 416 | USCIS Decision (VAWA) |
| 417 | USCIS Decision (I-485 Application to Adjust Status) |
| 418 | USCIS Decision (I-130 Petition for Alien Relative) |
| 602-1 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-4 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-5 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-6 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-7 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-8 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-9 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-10 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-11 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-12 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-13 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-14 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-15 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-16 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-18 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-19 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-20 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-21 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-22 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-23 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 602-24 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |

| | |
|---|---|
| 602-25 | Excerpt of February 26, 2025 Interview of Mansuri Manuchekhri (no subtitles) |
| 603 | Documents from February 26, 2025 Interview of Mansuri Manuchekhri |
| 604 | February 26, 2025 Manuchekhri Miranda Waiver |
| 606-1 | Federal Register: ISIS Foreign Terrorist Organization Designation |
| 606-2 | Federal Register: ISIS Foreign Terrorist Organization Designation |
| 606-3 | Federal Register: ISIS Foreign Terrorist Organization Designation |
| 606-4 | Federal Register: ISIS Foreign Terrorist Organization Designation |
| 607-1 | Federal Register: ISIS-K Foreign Terrorist Organization Designation |
| 607-2 | Federal Register: ISIS-K Foreign Terrorist Organization Designation |
| 608 | Image of ISIS Flag |
| 609 | Map of Central Asia |
| 614 | Screenshots of "Central Asia: The Call of ISIS" |
| 615 | Marriage License Bureau: Certificate of Marriage Registration |
| 618 | USCIS Form I-797C Notice of Action |
| 701 | Summary Chart: Financial Records (Manuchekhri Zelle Payments to Shamsiev) |
| 702 | Summary Chart: Financial Records (Shamsiev Money Service Payments to Turkey) |
| 703 | Summary Chart: Financial Records (Manuchekhri & Shamsiev Combined) |
| 703-1 | Summary Chart: Financial Records (Manuchekhri & Shamsiev Combined – Selected Transaction) |
| 703-2 | Summary Chart: Financial Records (Manuchekhri & Shamsiev Combined – Selected Translation) |
| 703-3 | Summary Chart: Financial Records (Manuchekhri & Shamsiev Combined – Selected Translation) |
| 704 | Summary Chart: Financial Records (Payments to Turkey) |
| 705 | Summary Chart: Financial Records (Merchant Addresses for Money Transfers Received in Turkey) |
| 814 | MoneyGram Record Certification |
| 816 | Ria Money Transfer Record Certification |
| 823 | Western Union Record Certification |
| S-1 | Stipulation (Electronic Devices & Forensic Extractions – Manuchekhri & Shamsiev) |
| S-2 | Stipulations (Translations) |
| S-3 | Stipulations (Apple & Meta – Instagram) |
| S-4 | Stipulations (Business Records) |
| S-5 | Stipulation (USCIS Records) |

# United States vs. Mansuri Manuchekhri

25-CR-88 (HG)

Defense Exhibits List

| Exhibit | Description |
|---|---|
| DX AA-3 | Screenshot of Youtube Video |
| DX AAA | Video of Shooting Range from GX 137-1 |
| DX BB | Photograph from Mr. Manuchekhri Chat with Abdulvadud |
| DX BBB | Metadata of Video from Mr. Manuchekhri Chat with 13478803867 |
| DX DD | ulamoi_rabboni Instagram Meta Platform Business Record |
| DX FF-1 | Financial Transaction Chart |
| DX G-2 | Photograph from Shooting Range |
| DX G-3 | Screenshot of Shooting Range Safety Video |
| DX G-4 | Shooting Range Safety Video |
| DX I | Photograph of Work Authorization and CDL |
| DX M | Photograph of Mohammed bin Salman Al Saud |

| | |
|---|---|
| DX N | Photograph of Mohammed bin Salman Al Saud |
| DX T | ulamoi_rabboni Instagram Stories Metadata from Meta Platform Business Record |
| DX V-1 | Excerpt from "Central Asia: The Call of ISIS" Documentary |
| DX V-2 | Excerpt from "Central Asia: The Call of ISIS" Documentary |
| DX V-3 | Excerpt from "Central Asia: The Call of ISIS" Documentary |
| DX VV | "Central Asia: The Call of ISIS" Documentary |
| DX VV-1 | Photograph of Mr. Manuchekhri's home |
| DX VV-3 | Photograph of Mr. Manuchekhri's home |
| DX VV-4 | Photograph of Mr. Manuchekhri's home |
| DX X-2 | Photograph of Mr. Manuchekhri & Friends |
| DX S-6 | Stipulation (Umed Shamsiev) |